FARRAR et al. v. YANKTON LAND & INVESTMENT
CO. et al.

Where the bill of exceptions has been stricken out and no errors appear in the record proper, or that do not require support from a bill of exceptions, the judgment will be affirmed.

(Opinion filed, July 22, 1910.)

Appeal from Circuit Court, Pennington County. Hon. LEVI McGEE, Judge.

Action by John J. Farrar and another, coportners, against the Yankton Land & Investment Company, a corporation, and others.

From a judgment for plaintiffs and an order denying a new trial, defendant appeal. Affirmed.

Se, also 23 S. D. 525, 122 N. W. 585.

*Harry Kunkle,* for appellants Yankton Land & Investment Co., Taylor and Loffler. *Gamble, Tripp & Holman,* for appellants Stockwell & Lusk. *Charles W. Brown,* for respondents.

WHITING, P. J. This appeal was taken to the April, 1909, term, and during said term, upon motion of the respondents, the purported bill of exceptions appearing upon the record on this appeal, was stricken from such records. Thereafter, upon the petition of the appellants, this court at the October, 1909, term, granted an order directing that upon payment by appellants of certain terms therein mentioned the record herein should be returned to the trial court "for the purpose of allowing appellants to apply to that court for an order to enlarge the time in which a bill of exceptions or statement of the case may be settled; to settle a bill or statement if that court in its discretion shall so order," etc.

The appellants having failed to pay said terms or take any further steps herein; upon the petition of the respondents, an order to show cause issued from this court requiring the appellants to show cause why the appeal herein should not be heard on its merits and the last order above held for naught, and the judgment of the trial court affirmed without further showing or proceedings. The appellants wholly failed to answer such order to show cause, and, it appearing that the respondents are entitled to a decision from this court upon the record as it now appears herein, and there being no errors claimed except such as are based upon matters appearing only in said purported bill of exceptions, the judgment of the trial court, and the order denying a new trial are affirmed.

SMITH and McCOY, JJ., taking no part herein.